# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GRACIELA FERNANDEZ FLORES**            **PLAINTIFF**

v.           No. 2:23-cv-175-DPM

**SAN ANGEL 2 OF ARKANSAS, INC.**
**and FRANCISO JAVIER ROMO**           **DEFENDANTS**

## ORDER

Joint motion, *Doc. 11*, granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 2027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute and their Trafficking Victims Protection Reauthorization Act dispute. And the parties negotiated the attorney's fees and costs separately. *Barbee*, 927 F.3d at 1027. Plus those fees related to all claims. The complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 February 2024