# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GRACIELA FERNANDEZ FLORES**                                    PLAINTIFF

v.                           No. 2:23-cv-175-DPM

**SAN ANGEL 2 OF ARKANSAS, INC.**
**and FRANCISO JAVIER ROMO**                                     DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 1 April 2024 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 February 2024